FILED

Feb 05 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL COVER SHEET

***Instructions:*** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

| | |
|---|---|
| **CASE NAME:** USA v. MICHAEL M. GILBERT | **CASE NUMBER:** CR25-00031 MMC  CR |
| **Is This Case Under Seal?** | Yes   No ✔ |
| **Total Number of Defendants:** | 1 ✔   2-7   8 or more |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes   No ✔ |
| **Venue (Per Crim. L.R. 18-1):** | SF ✔   OAK   SJ |
| **Is this a potential high-cost case?** | Yes   No ✔ |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes   No ✔ |
| **Is this a RICO Act gang case?** | Yes   No ✔ |
| **Assigned AUSA (Lead Attorney):** Kelsey Davidson | **Date Submitted:** February 5, 2025 |
| **Comments:** | |

RESET FORM   SAVE PDF

Form CAND-CRIM-COVER (Rev. 11/16)

# United States District Court

## FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

Michael M. Gilbert

**FILED**

Feb 05 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

DEFENDANT(S).

---

## INDICTMENT

26 U.S.C. § 7206(1) – Making and Subscribing a False Tax Return

---

A true bill.

/S/ Foreperson of the Grand Jury

Foreman

Filed in open court this ____5th____ day of

February, 2025

Clerk

Bail, $ Summons

Hon. Laurel Beeler, U.S. Magistrate Judge

FILED

Feb 05 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

KELSEY C. DAVIDSON (CABN 322323)
Assistant United States Attorney

JULIA M. RUGG (VABN 94972)
PATRICK BURNS (NVBN 11779)
Trial Attorneys
United States Department of Justice, Tax Division

    150 M Street, NE, Room 2.102
    Washington, DC. 20002
    Telephone: (202) 305-2679
    Facsimile: (202) 514-9623
    Email: julia.m.rugg@usdoj.gov
            j.patrick.burns@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR25-00031 MMC |
| Plaintiff, | |
| v. | <u>VIOLATIONS</u>: |
| MICHAEL M. GILBERT, | 26 U.S.C. § 7206(1) – Making and Subscribing a False Tax Return |
| Defendant. | |

<u>INDICTMENT</u>

The Grand Jury charges:

<u>INTRODUCTORY ALLEGATIONS</u>

At all times relevant to this Indictment:

1. MICHAEL M. GILBERT ("GILBERT") lived in the Northern District of California and was a Certified Public Accountant (CPA) licensed to practice in the State of California since May 1985.

INDICTMENT

2. GILBERT owned and operated several businesses including M.M. Gilbert & Company, Inc. ("M.M. Gilbert") and Gilbert & Company, Inc. Through these businesses, GILBERT provided CPA services including tax preparation and advice, and received payment for those services.

3. GILBERT controlled and operated a Nevada corporation, White Mountain Properties, Inc. ("White Mountain"). GILBERT solicited clients of his CPA services to make payments to White Mountain. GILBERT told these clients that their payments would be for "donations," "tax strategies," "positional arrangements," "structured arrangements," "tax structuring," "consuming," or "asset acquisition," among other things. These payments to White Mountain were gross receipts reportable on its tax returns.

4. In or about September 2020, GILBERT used his authority as the sole owner of and signer on White Mountain's bank account to transfer to himself approximately $2,440,136. In or about October 2021, GILBERT used that same authority to transfer approximately $3,005,000 from White Mountain's investment account to himself. These transfers to GILBERT constituted income reportable on his individual income tax returns.

5. The Internal Revenue Service ("IRS") was an agency of the U.S. Department of Treasury responsible for enforcing the tax laws of the United States and collecting taxes owed to the U.S. Department of Treasury.

6. GILBERT prepared and filed with the IRS annual Forms 1120, U.S. Corporation Income Tax Return, for M.M. Gilbert and White Mountain. Forms 1120 were used by domestic corporations to report their income, gains, losses, deductions, credits, and any tax due.

7. GILBERT prepared and filed with the IRS annual Forms 1040, U.S. Individual Income Tax Return. Forms 1040 were used by individuals to report their income, gains, losses, deductions, credits, and any tax due.

### COUNTS ONE THROUGH FOUR

Making and Subscribing a False Tax Return
(Title 26, United States Code, Section 7206(1))

8. The allegations set forth in paragraphs 1 through 7 of this Indictment are re-alleged and

INDICTMENT                                        2

incorporated as if set forth fully herein.

9. On or about the dates set forth below, in the Northern District of California, the defendant,

MICHAEL M. GILBERT,

willfully made and subscribed and filed and caused to be filed Forms 1120, U.S. Corporation Income Tax Returns, for M.M. Gilbert & Company, Inc., for the calendar years set forth below, which were verified by written declarations that the tax returns were made under the penalties of perjury and which GILBERT did not believe to be true and correct as to every material matter. The Forms 1120 for M.M. Gilbert & Company, Inc. reported gross receipts in the amounts set forth below, whereas GILBERT knew and believed that M.M. Gilbert & Company, Inc. had more reportable gross receipts:

| Count | Filing Date | Tax Year | False Item |
| --- | --- | --- | --- |
| 1 | September 17, 2018 | 2017 | Line 1a, Gross receipts or sales – $297,961 |
| 2 | September 17, 2019 | 2018 | Line 1a, Gross receipts or sales – $286,164 |
| 3 | September 18, 2020 | 2019 | Line 1a, Gross receipts or sales – $311,937 |
| 4 | September 14, 2021 | 2020 | Line 1a, Gross receipts or sales – $327,413 |

In violation of Title 26, United States Code, Section 7206(1).

COUNTS FIVE THROUGH NINE

Making and Subscribing a False Tax Return
(Title 26, United States Code, Section 7206(1))

10. The allegations set forth in paragraphs 1 through 7 of this Indictment are re-alleged and incorporated as if set forth fully herein.

11. On or about the dates set forth below, in the Northern District of California, the defendant,

MICHAEL M. GILBERT,

willfully made and subscribed and filed and caused to be filed Forms 1120, U.S. Corporation Income Tax Returns, for White Mountain Properties, Inc. for the calendar years set forth below, which were verified by written declarations that the tax returns were made under the penalties of perjury and which GILBERT did not believe to be true and correct as to every material matter. The Forms 1120 for White

INDICTMENT                                   3

Mountain Properties, Inc. reported gross receipts in the amounts set forth below, whereas GILBERT knew and believed that White Mountain Properties, Inc. had more reportable gross receipts:

| Count | Filing Date | Tax Year | False Item |
|---|---|---|---|
| 5 | September 17, 2018 | 2017 | Line 1a, Gross receipts or sales – $105,621 |
| 6 | September 17, 2019 | 2018 | Line 1a, Gross receipts or sales – $114,846 |
| 7 | September 14, 2020 | 2019 | Line 1a, Gross receipts or sales – $127,819 |
| 8 | September 14, 2021 | 2020 | Line 1a, Gross receipts or sales – $135,927 |
| 9 | September 12, 2022 | 2021 | Line 1a, Gross receipts or sales – $100,000 |

In violation of Title 26, United States Code, Section 7206(1).

## COUNTS TEN THROUGH ELEVEN

Making and Subscribing a False Tax Return
(Title 26, United States Code, Section 7206(1))

12. The allegations set forth in paragraphs 1 through 7 of this Indictment are re-alleged and incorporated as if set forth fully herein.

13. On or about the dates set forth below in the Northern District of California, the defendant,

MICHAEL M. GILBERT,

willfully made and subscribed and filed or caused to be filed Forms 1040, U.S. Individual Income Tax Return, for the calendar years set forth below, which were verified by written declarations that the tax returns were made under the penalties of perjury and which GILBERT did not believe to be true and correct as to every material matter. The Forms 1040 reported total income in the amounts set forth below, whereas GILBERT knew and believed that he had more reportable income.

| Count | Filing Date | Year | False Item |
|---|---|---|---|
| 10 | September 14, 2021 | 2020 | Line 9, Total income – $156,312 |
| 11 | September 12, 2022 | 2021 | Line 9, Total income – $167,552 |

In violation of Title 26, United States Code, Section 7206(1).

INDICTMENT                                                                    4

DATED:	February 5, 2025				A TRUE BILL.


	_____/s/_____
	FOREPERSON

ISMAIL J. RAMSEY
United States Attorney


*/s/ Julia M. Rugg*
*/s/ Patrick Burns*

_____
JULIA M. RUGG
PATRICK BURNS
Trial Attorneys
Western Criminal Enforcement Section
Department of Justice – Tax Division


*/s/ Kelsey Davidson*

_____
KELSEY DAVIDSON
Assistant United States Attorney

INDICTMENT						5

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT    ☐ INFORMATION    ☒ INDICTMENT    ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

## OFFENSE CHARGED

26 U.S.C. Section 7202 (Failing to Account for and Pay Over Employment Taxes) (Counts One through Seven)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:** Per count: 5 years' imprisonment; 3 years' supervised release; fine of $250,000 or twice the gain or loss from the offense; and $100 mandatory special assessment.

### DEFENDANT - U.S

▶ MICHAEL M. GILBERT

**DISTRICT COURT NUMBER**
CR25-00031 MMC

## PROCEEDING

**Name of Complainant Agency, or Person (& Title, if any)**
Internal Revenue Service--Criminal Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY    ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

**Name and Office of Person Furnishing Information on this form**
ISMAIL J. RAMSEY

☒ U.S. Attorney    ☐ Other U.S. Agency

**Name of Assistant U.S. Attorney (if assigned)**
KELSEY DAVIDSON

### DEFENDANT

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction    ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No
If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☒ SUMMONS    ☐ NO PROCESS*    ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☒ Arraignment    ☒ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

**Defendant Address:**
74 Partridge Dr, San Rafael CA 94901

Date/Time: 2/19/2025 | 10:30 am    Before Judge: Hon. Laurel Beeler

Comments: